# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD V. CASAS, | Case No.: 17cv1786 JM(WVG) |
| Plaintiff, | **ORDER FOR DISMISSAL AS TO DEFENDANT TRANS UNION LLC ONLY** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC; et al., | |
| Defendants. | |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Trans Union LLC only.  This dismissal does not apply to any other named Defendant in this action.

IT IS SO ORDERED.

DATE: February 7, 2018            BY: _____
United States District Judge

1

17cv1786