Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD V. CASAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al.,<br><br>　　　　Defendants. | Case No.: 17-CV-1786-JM-WVG<br><br>**Joint Motion to Dismiss Defendant Equifax Information Services, LLC** |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss defendant EQUIFAX INFORMATION SERVICES, LLC only. Each party to bear its own costs and fees. This dismissal shall not apply to the pending claims against the other named Defendants.

DATE: February 27, 2018　　　　　　　　BY:/s/Jeremy S. Golden _____
　　　　　　　　　　　　　　　　　　　　　　Jeremy S. Golden
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//
//

1
Joint Motion to Dismiss Defendant Equifax Information Services, LLC

DATE: February 27, 2018                    BY: /s/Thomas P. Quinn, Jr._____
                                           Thomas P. Quinn, Jr
                                           Attorney for Equifax Information Services, LLC.

## SIGNATURE CERTIFICATION

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas P. Quinn, Jr. and that I have obtained counsels' authorization to affix their electronic signatures to this document.

DATE: February 27, 2018                    BY:/s/Jeremy S. Golden_____
                                           Jeremy S. Golden
                                           Attorney for Plaintiff