Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD V. CASAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; et al.,<br><br>　　　　Defendants. | Case No.: 17-CV-1786-JM-WVG<br><br>**Notice of Settlement as to Experian Information Solutions, Inc. Only** |

　　　Please take notice that this matter is settled with defendant Experian Information Solutions, Inc. only.  This settlement does not apply to the other defendants.

DATED:  March 20, 2018　　　　_____s/ Jeremy S. Golden_____
　　　　　　　　　　　　　　　　　Jeremy S. Golden
　　　　　　　　　　　　　　　　　Attorney for Plaintiff