Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD V. CASAS, | Case No.: 17-CV-1786-JM-WVG |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC; et al., | |
| Defendants. | |

Please take notice that this matter is settled with all defendants.

Dated: April 20, 2018

/s/Jeremy S. Golden
Jeremy S. Golden
Attorney for Plaintiff