# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD V. CASAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; et al.,<br><br>　　　　Defendants. | Case No.: 17cv1786 JM(WVG)<br><br>**ORDER FOR DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　Pursuant to the parties' Joint Motion (Doc. No. 40), this Court hereby dismisses the above-captioned action with prejudice as to Defendant Experian Information Solutions, Inc. only.  This dismissal does not apply to any other named Defendant in this action.

　　　IT IS SO ORDERED.

DATE: May 7, 2018　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　Jeffrey T. Miller,
　　　　　　　　　　　　　　　　　United States District Judge