1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
9
10 RONALD V. CASAS,                                    Case No.: 17cv1786 JM(WVG)
11          Plaintiff,
12                                                     **ORDER OF DISMISSAL OF**
                                                       **ENTIRE CASE**
13 v.
14 KUBLER CORP. dba ALTERNATIVE
   RECOVERY MANAGEMENT,
15
16          Defendants.
17
18
19
20          Having considered the parties' Stipulation of Dismissal (Doc. No. 43), the
21 entire case is hereby dismissed with prejudice.  Each party shall bear its own costs
22 and expenses.
23          IT IS SO ORDERED.
24
25 Date: May 21, 2018                        _____
                                             Jeffrey T. Miller,
26                                           UNITED STATES DISTRICT JUDGE
27
28                                   1